IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK HENDERSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COURT OF COMMON PLEAS OF | : | |
| PHILADELPHIA COUNTY, et al. | : | NO. 16-2445 |

ORDER

AND NOW, this 18th day of July, 2016, upon consideration of Mark Henderson's pro se petition for writ of habeas corpus, and after careful review of Magistrate Judge Thomas J. Rueter's Report and Recommendation in this matter (docket entry # 9), and petitioner Henderson's objections thereto, it is hereby ORDERED that:

1. The Clerk of Court shall DOCKET Henderson's letter to the Court as his objections to Judge Rueter's Report and Recommendation;

2. Judge Rueter's Report and Recommendation is APPROVED and ADOPTED;

3. Claims I-III of Henderson's petition for writ of habeas corpus are DISMISSED WITH PREJUDICE;

4. Claim IV of Henderson's petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE;

5. We DECLINE to issue a certificate of appealability;[1] and

6. The Clerk of Court shall CLOSE this case statistically.

.

BY THE COURT:


/s/ Stewart Dalzell, J.

---

[1] A certificate of appealability should issue only when reasonable jurists could disagree with our ruling, see Slack v. McDaniel, 529 U.S. 473, 484 (2000), and that is not the case here.